# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00392-CR

**The State of Texas, Appellant**

**v.**

**Melony Bruce, Appellee**

## FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT NO. 2004-029, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State seeks to appeal from an order of the district court granting appellee Melony Bruce's motion to suppress evidence. *See* Tex. Code Crim. Proc. Ann. art. 44.01(a)(5) (West Supp. 2004-05). The order granting the motion was signed on June 21, 2004. The deadline for perfecting the State's appeal was therefore July 6, 2004. *See id*. art. 44.01(d); Tex. R. App. P. 26.2(b). The State's notice of appeal was filed on July 8, 2004. Because the State did not file its notice of appeal within fifteen days following the signing of the dismissal order, we have no alternative but to dismiss the appeal for want of jurisdiction. *State v. Rollins*, 4 S.W.3d 453, 455 (Tex. App.—Austin 1999, no pet.).

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   October 21, 2004

Do Not Publish